# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

JUL 09 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>IVAN ARTEAGA-ESPINOZA (1),<br><br>　　　　　　　　Defendant. | CASE NO. 15CR1143-JLS<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) as charged in the Indictment/Information:

21 USC 952, 960 Importation of Methamphetamine and Heroin

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: July 8, 2015

　　　　　　　　　　　　　　　　　　　　Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　U.S. District Judge